McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. NO. 05-0304 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING |
| ) | |
| v. ) | |
| ) | |
| LORENZO CISNEROS RODRIGUEZ, et al. ) | |
| ) | |
| Defendant. ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for December 12, 2005 at 9 a.m. be continued to January 17, 2005 at 9 a.m.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED:November  29 , 2005          McGREGOR W. SCOTT
                                   United States Attorney

                                   By          /s/

                                   KATHLEEN A. SERVATIUS
                                   Assistant U.S. Attorney


DATED:November___, 2005                       /s/
                                   MELODY WALCOTT
                                   Attorney for Lorenzo Cisneros Rodriguez

| | |
|---|---|
| DATED:November___, 2005 | /s/<br>DANIEL L. HARRALSON<br>Attorney for Ignacio Estrada Ortega |
| DATED:November___, 2005 | /s/<br>JOHN GARLAND<br>Attorney for Jose Manuel Vargas |
| DATED:November___, 2005 | /s/<br>KATHERINE HART<br>Attorney for Rosario Gonzales Garcia |
| DATED:November___, 2005 | /s/<br>STEVEN CRAWFORD<br>Attorney for Miguel Aguilera Alvarez |
| DATED:November___, 2005 | /s/<br>PHILLIP H. CHERNEY<br>Attorney for Genaro Zuniga |

ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for December 12, 2005 at 9 a.m. be continued to January 17, 2005 at 9 a.m.

IT IS SO ORDERED.

**Dated:   November 29, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE