McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. NO. 05-0304 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | HEARING |
| v. ) | |
| ) | |
| LORENZO CISNEROS RODRIGUEZ, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for January 17, 2006 at 9 a.m. be continued to February 21, 2006 at 9 a.m.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED: January 13 , 2006          McGREGOR W. SCOTT
                                  United States Attorney

                                  By          /S/

                                  KATHLEEN A. SERVATIUS
                                  Assistant U.S. Attorney

| | | |
|---|---|---|
| 1 | DATED:January 13, 2006 | /S/ |
| 2 | | MELODY WALCOTT |
| | | Attorney for Lorenzo Cisneros Rodriguez |

DATED:January 13, 2006                    /S/
                                          MELODY WALCOTT
                                          Attorney for Lorenzo Cisneros Rodriguez

DATED:January 13, 2006                    /S/
                                          DANIEL HARRELSON
                                          Attorney for Ignacio Estrada-Ortega

DATED:January 13, 2006                    /S/
                                          JOHN GARLAND
                                          Attorney for Jose Manuel Vargas

DATED:January 13, 2006                    /S/
                                          KATHERINE HART
                                          Attorney for Rosario Gonzales Garcia

DATED:January 13, 2006                    /S/
                                          STEVEN CRAWFORD
                                          Attorney for Miguel Angel A. Alvarez

DATED:January 13, 2006                    /S/
                                          PHILLIP CHERNEY
                                          Attorney for Genaro Zuniga

ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for January 17, 2006 at 9 a.m. be continued to February 21, 2006 at 9 a.m.

IT IS SO ORDERED.

**Dated:     January 18, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE